No. 93–9166. BARTEL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 93–9169. REESE v. VANKIRK ET AL. C. A. 4th Cir. Certiorari denied. 

No. 93–9170. RANDOLPH v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied. 

No. 93–9172. OLSZEWSKI v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. 

No. 93–9173. YOUNG v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 93–9174. PURLANTOV v. WELLS FARGO BANK, N. A., ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–9175. NORTHINGTON v. BURRESS, JUDGE, MICHIGAN CIRCUIT COURT, 44TH CIRCUIT. Sup. Ct. Mich. Certiorari denied. 

No. 93–9176. PRESSLEY v. HAIR. C. A. 11th Cir. Certiorari denied. 

No. 93–9177. RHEUARK v. ALABAMA ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–9178. SIMMONS v. LOUISIANA (three cases). Sup. Ct. La. Certiorari denied. 

No. 93–9179. BUCK v. REISMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–9181. ADLINGTON v. HOUSTON. C. A. 11th Cir. Certiorari denied. 

No. 93–9182. CHILDS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 93–9183. DAY v. WAITS ET AL. C. A. 11th Cir. Certiorari denied.